# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conti, Joy Flowers | U.S. District Court WDPA | 05/10/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

5250 US Courthouse
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Counselor | W. Edward Sell American Inns of Court |
| 2. | Ex-Officio Member | Allegheny County Bar Association Board of Governors |
| 3. | Honorary Board Director | Catholic Charities |
| 4. | Vice Regent | Kushkushkee Trail Chapter of the Daughters of the American Revolution |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Ross, Sinclaire & Associates, LLC - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pennsylvania Bar Association | January 26- 31, 2016 | St Maarten, Netherthands Antilles | Mid-year Meeting | Lodging, Transportation, Meals |
| 2. | Sedona Conference | February 10-13, 2016 | Pasadena, CA | WG9 and WG10 Mid-year Meeting | Lodging, Transportation, Meals |
| 3. | New York Intellectual Property Law Association | April 1-3, 2016 | New York, NY | NYIPLA Annual Federal Judges' Dinner | Lodging. Transportation, Meals |
| 4. | Sedona Conference | April 11-14, 2016 | Pasadena, CA | WG1 Mid-year Meeting | Lodging, Transportation, Meals |
| 5. | Delaware Chapter of the Federal Bar Association | May 18-19, 2016 | Wilmington, DE | District of Delaware Bench & Bar Conference | Lodging, Transportation, Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Conti, Joy Flowers | 05/10/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | American Bar Association | May 19-20, 2016 | Chicago, IL | 10th Annual National Institute on E-Discovery | Lodging, Transportation, Meals |
| 7. | American Conference Institute | June 1-2, 2016 | New York, NY | ACI Extra-Contractual & Bad Faith Liability Conference | Lodging, Transportation, Meals |
| 8. | American Conference Institute | October 26-27, 2016 | New York, NY | ACI 13th National Forum on ERISA Litigation | Lodging, Transportation, Meals |
| 9. | Georgetown University | November 9-11. 2016 | Washington, DC | Georgetown Law's 13th Annual eDiscovery Institute | Lodging, Transportation, Meals |
| 10. | Pennsylvania Bar Association | November 13-15, 2016 | Philadelphia, PA | Recipient of the 2016 PBA Business Law Section W. Edward Sell Business Award | Lodging, Transportation, Meals |
| 11. | Sandpiper Partners, LLC | November 28-29, 2016 | Chicago, IL | 3rd Annual Innovation in E-Discovery Conference | Lodging, Transportation, Meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. -Federated PA Muni Service (Money Market) | A | Dividend | J | T | | | | | |
| 3. -Red Mountain Resource Inc Stock | | None | J | T | | | | | |
| 4. ROTH IRA ROLLOVER ACCOUNT #1 | | | | | | | | | |
| 5. -Pershing Government Money Market Fund | A | Dividend | K | T | | | | | |
| 6. -Lee Street Investors LLC Class B Units | | None | J | T | | | | | |
| 7. -Prospect Cap Corp Stock | A | Dividend | | | Sold | 01/20/16 | J | | |
| 8. -New Residential Invt Corp Stock (REIT) | C | Dividend | K | T | Buy (add'l) | 03/15/16 | J | | |
| 9. -American Intl Group Inc Stock | A | Dividend | J | T | | | | | |
| 10. -Bank of New York Mellon Corp Stock | A | Dividend | K | T | | | | | |
| 11. -SPDR S&P 500 ETF Trust Units | A | Dividend | K | T | Buy (add'l) | 01/20/16 | J | | |
| 12. -SPDR SER TR S&p BK ETF | A | Dividend | J | T | | | | | |
| 13. -Vanguard Intl Equity Index Fund FTSE Europe ETF | B | Dividend | | | Sold | 12/20/16 | K | | |
| 14. -JP Morgan Chase & Co Stock | | None | K | T | Buy | 12/20/16 | K | | |
| 15. RETIREMENT PLAN #2 | | | | | | | | | |
| 16. -TIAA Traditional Annuities | D | Interest | M | T | Buy (add'l) | 08/15/16 | J | | |
| 17. -TC Intl Eq-Rtmt Fund | | | | | Sold | 08/15/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -TC Small Cap Eq-Rtmt Fund | | | | | Sold | 08/15/16 | K | | |
| 19. -Vanguard Extended Mkt Index Fund | A | Dividend | J | T | Sold (part) | 08/15/16 | K | D | |
| 20. -Vanguard REIT Index Signal Fund | A | Dividend | J | T | Sold (part) | 08/15/16 | J | D | |
| 21. | | | | | Sold (part) | 11/25/16 | J | D | |
| 22. -CREF Stock R2 Fund | | None | L | T | Sold (part) | 08/15/16 | K | C | |
| 23. -Columbia Acorn Intl Fund Z | A | Dividend | | | Sold | 08/15/16 | J | A | |
| 24. -AF Europacific Growth Fund | | None | | | Sold | 08/15/16 | J | A | |
| 25. -CREF Money Market R2 | | None | L | T | Buy | 08/15/16 | L | | |
| 26. -TC Mid-Cap Gr Fund | A | Dividend | K | T | Buy | 08/15/16 | J | | |
| 27. | | | | | Buy (add'l) | 11/25/16 | J | | |
| 28. -Vanguard Infl Protect Sec Adm Fund | B | Dividend | K | T | Buy | 08/15/16 | K | | |
| 29. -American Fund Amer Mut R4 Fund | A | Dividend | J | T | Buy | 08/15/16 | J | | |
| 30. ROTH IRA ROLLOVER ACCOUNT #3 | | | | | | | | | |
| 31. -Pershing Government Money Market Fund | A | Dividend | J | T | | | | | |
| 32. -Navidea Biopharmaceuticals Stock | | None | J | T | | | | | |
| 33. -Lee Street Investors LLC Class B Units | | None | J | T | | | | | |
| 34. -American Intl Group Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Boeing Co Stock | A | Dividend | K | T | | | | | |
| 36. -Viasat Inc Stock | | None | | | Sold | 01/20/16 | J | | |
| 37. -Federated International Leaders Fund | A | Dividend | J | T | Sold (part) | 02/19/16 | J | | |
| 38. -JP Morgan Value Advantage Fund | A | Dividend | K | T | | | | | |
| 39. -JP Morgan Chase & Co Stock | | None | J | T | Buy | 12/20/16 | J | | |
| 40. -SPDR S&P 500 ETF Trust Units | A | Dividend | K | T | Buy | 01/20/16 | J | | |
| 41. | | | | | Buy (add'l) | 02/19/16 | J | | |
| 42. IRA ROLLOVER ACCOUNT #6 | | | | | | | | | |
| 43. -S&T Bancorp Stock | A | Dividend | K | T | | | | | |
| 44. -Janney Advantage Insured Sweep (Money Market) | A | Dividend | J | T | | | | | |
| 45. CITIZENS BANK: ACCOUNTS | | None | J | T | | | | | |
| 46. MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 47. MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 48. NORTHWESTERN: WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 49. METROPOLITAN LIFE: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 50. GENERAL AMERICAN: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 51. MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. METROPOLITAN LIFE: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 53. NORTHWESTERN: WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 54. HUNTINGTON BANK ACCOUNT | | None | J | T | | | | | |
| 55. SIMPLE IRA ACCOUNT #1 | | | | | | | | | |
| 56. -Pershing Government Money Market Fund | A | Dividend | J | T | | | | | |
| 57. -American Intl Group Inc Stock | A | Dividend | | | Sold | 05/03/16 | K | C | |
| 58. -Boeing Inc Stock | A | Dividend | K | T | | | | | |
| 59. -Navidea Biopharmaceuticals Inc Stock | | None | J | T | | | | | |
| 60. -JP Morgan Value Advantage Fund | A | Dividend | K | T | | | | | |
| 61. -SPDR SER TR S&P REGL BKG ETF | A | Dividend | J | T | | | | | |
| 62. -SPDR SER TR S&P BK ETF | A | Dividend | J | T | | | | | |
| 63. -SPDR S&P 500 ETF Trust Units | A | Dividend | J | T | Buy | 01/20/16 | J | | |
| 64. -Proto Labs Inc Stock | | None | | | Buy | 05/23/16 | K | | |
| 65. | | | | | Sold | 09/07/16 | J | | |
| 66. -Facebook Inc Stock | | None | J | T | Buy | 09/07/16 | K | | |
| 67. -JP Morgan Chase & Co Stock | | None | K | T | Buy | 12/20/16 | K | | |
| 68. -New Residential Invt Corp Stock | B | Dividend | K | T | Buy | 03/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/10/16 | J | | |
| 70. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 71. -Federated PA Muni Cash (Money Market) | A | Dividend | L | T | | | | | |
| 72. -Pa St Fin Auth Rev Rfdg Penn Hills Bond (0% due 12/1/23) | | None | J | T | | | | | |
| 73. -Cambria Cnty Pa IDA Bond (4% due 10/1/22) | B | Interest | K | T | Redeemed | 10/04/16 | K | B | |
| 74. ROTH IRA ROLLOVER ACCOUNT #7 | | | | | | | | | |
| 75. -Safe-T-Shade LLC | | None | K | T | | | | | |
| 76. -Averatek Inc Stock | | None | J | T | | | | | |
| 77. -Averatek 8% Convertible Note due 4/30/22 | A | Interest | J | T | | | | | |
| 78. SEVENTH STREET INVESTMENT LP | | None | K | T | | | | | |
| 79. TAASERA INC STOCK | | None | K | T | | | | | |
| 80. | | | | | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information for Part VII (Investments and Trusts):

From prior years:

There is no Retirement Plan # 1

There is no IRA Rollover/Roth IRA Rollover Account # 2, 4 or 5

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joy Flowers Conti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544